# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:     Michael A. Washington           ) Case No. 11-13526-JPS
                                                                   ) Chapter 13 Proceedings
                 Debtor                               ) Judge Jessica E. Price Smith

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

    CRAIG SHOPNECK, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

| Claim Information | |
|---|---|
| Creditor: Del Toro Loan Servicing, Inc, | |
| Proof of Claim number on Bankruptcy Court's registry: | 4 |
| Last 4 digits of number used to identify Debtor's account: | 739 |
| **Trustee Payment Information** | |
| Prepetition Mortgage Arrearage | |
|     Amount Stated in Proof of Claim: | $13,803.38 |
|     Amount Paid by Trustee: | $13,803.38 |
| Ongoing Mortgage Payments | |
|   _X_ Paid by the Trustee through the bankruptcy plan | |
|     i. Total paid to date by the Trustee: $66,464.37 | |
|     ii. Last mortgage payment was mailed by the Trustee on August 24, 2016 in the amount of $3,154.97 for the payments due May 1, 2016 through July 1, 2016 | |
|   ___ Paid direct by the Debtor | |

    Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

                                        /S/ Craig Shopneck
                                        CRAIG SHOPNECK (#0009552)
                                        Chapter 13 Trustee
                                        200 Public Square, Suite 3860
                                        Cleveland OH 44114-2321
                                        Phone (216) 621-4268      Fax (216) 621-4806
                                        Ch13shopneck@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2016, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Melissa L. Resar, Esq., on behalf of Michael A. Washington, Debtor, at
        mresar@ohiolegalclinic.com

And by regular U.S. mail, postage prepaid, on:

    Michael A. Washington, Debtor, 3418 Altamont Avenue, Cleveland Heights, OH 44118

    Del Toro Loan Servicing, Inc., P.O. Box 211000, Chula Vista, CA 91921

    Austin B. Barnes, III, Esq., Morris, Hardwick, Schneider, L.L.C., 3860 Ben Hur Ave. Suite 1, Willoughby, OH 44094

    /S/ Craig Shopneck
    CRAIG SHOPNECK (#0009552)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13shopneck@ch13cleve.com

CS/rlc
08/29/16